IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUSSELL BERGER                                                                    PLAINTIFF
ADC #115855

VS.                          No: 5:17-cv-00250 BRW-PSH

JAMES GIBSON, *et al.*                                                         DEFENDANTS

## JUDGMENT

Based on the order filed today, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED, this 27th day of November, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE